**Jason K. Singleton** State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski,** State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX   441-1533**

**Attorneys for Plaintiff,**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HERBERT S. OLSON,** | Case No. 2:08-CV-00481- LKK DAD |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |
| v. | |
| **SPIRIT OF TRUCKEE, INC., which will do business in California as TRUCKEE BEACON, a Nevada corporation, WILLIAM THORNTON, and DOES ONE through FIFTY, inclusive,** | |
| Defendants. | |

Plaintiff HERBERT S. OLSON and Defendants SPIRIT OF TRUCKEE, INC., dba TRUCKEE BEACON, WILLIAM THORNTON (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

///

PDF created with pdfFactory trial version www.pdffactory.com

///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated:   August 11, 2008      /s/ Jason K. Singleton
Jason K. Singleton, Attorney for
Plaintiff, **HERBERT S. OLSON**

**PORTER | SCOTT**

Dated:   August 7, 2008       /s/ Jennifer E. Duggan
Jennifer E. Duggan, Attorneys for Defendants
**SPIRIT OF TRUCKEE, dba TRUCKEE BEACON, WILLIAM THORNTON**

**ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>OLSON vs. SPIRIT OF TRUCKEE, et al.</u>, Case Number 2:08-CV-00481 LKK DAD, is dismissed with prejudice with each party to bear their own attorneys fees and costs.

Dated: August 21, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT